| | **FILED** |
|---|---|
| UNITED STATES DISTRICT COURT | May 8, 2009 |
| EASTERN DISTRICT OF CALIFORNIA | CLERK, US DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA |
| | DEPUTY CLERK |

**JUDGMENT IN A CIVIL CASE**

JEANETTE WILSON,

    Plaintiff,               CIV.S-09-0390 FCD GGH

    v.

NCO FINANCIAL SYSTEMS, INC.,

    Defendant.

IT IS ORDERED AND ADJUDGED:

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE OFFER OF JUDGMENT, AND NOTICE OF ACCEPTANCE OF OFFER BY PLAINTIFF, FILED WITH THE COURT ON MAY 8, 2009.**

                              Victoria C. Minor,
                              Clerk of the Court

ENTERED:    May 8, 2009

                              by:_____/s/_____
                                Michele Krueger,
                                Courtroom Deputy