Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA  92106-1253
Tel:    619/758-1891
Fax:   619/222-3667
dpk@sessions-law.biz
alimberg@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANETTE WILSON,<br><br>             Plaintiff,<br><br>      vs.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>             Defendant. | Case No. 2:09-CV-00390-FCD-GGH<br><br>STIPULATION AND ORDER TO VACATE THE JUDGMENT AND DISMISS WITH PREJUDICE |

Plaintiff, JEANETTE WILSON, filed the present action against NCO FINANCIAL SYSTEMS, INC. ("NCO") on February 10, 2009.  NCO filed its responsive pleading on March 16, 2009.  JEANETTE WILSON filed a Notice of Acceptance of Offer of Judgment on May 8, 2009.  The Court entered judgment pursuant to the accepted offer of judgment on May 8, 2009.  The parties subsequently resolved the

action in its entirety.  As part of said resolution, the parties agree to vacate the judgment and dismiss the entire action with prejudice.

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the judgment entered in the above captioned action be vacated pursuant to Fed. R. Civ. Pro. 60.

IT IS FURTHER STIPULATED by and between the parties to this action through their designated counsel that the above captioned action is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41.

Dated: 6/5/09          SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

/s/Albert R. Limberg
Albert R. Limberg,
Attorney for Defendant,
NCO Financial Systems, Inc.

Dated: 6/5/09          KROHN & MOSS, LTD.

/s/ Ryan Lee
Ryan Lee,
Attorney for Plaintiff,
Jeanette Wilson

**IT IS SO ORDERED.**

Dated:  June 5, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE